## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF IOWA
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MICHAEL S. GOLDEN,<br><br>　　　　Defendant. | **No. 09-CR-4045-DEO**<br><br>**ORDER**<br>**ACCEPTING REPORT AND**<br>**RECOMMENDATION CONCERNING**<br>**GUILTY PLEA** |

_____

## I.   INTRODUCTION AND BACKGROUND

On December 16, 2009, a one count Superseding Indictment (Docket No. 136) was returned in the above-referenced case.

Count 1 of the Superseding Indictment charges that between about January 2007 and continuing through August 2009, in the Northern District of Iowa, defendant Michael S. Golden, who has previously been convicted of a felony drug offense, that is possession of a controlled substance with intent to deliver - methamphetamine, on or about March 13, 1998, Case No.  FECR011277, in the District Court for Monona County, Iowa, and other named defendants, did knowingly and unlawfully combine, conspire, confederate, and agree with each other and with other persons, and known and unknown to the Grand Jury,

1.　to manufacture 500 grams or more of a mixture or substance containing a detectable amount of

methamphetamine, a Schedule II controlled substance, or 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A), 851, and;

2. to manufacture 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, or 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), 851, and

This was in violation of Title 21, United States Code, Section 846.

On December 28, 2009, defendant Michael S. Golden appeared before Chief United States Magistrate Judge Paul A. Zoss and entered a plea of guilty to Count 1 of the Superseding Indictment. In the Report and Recommendation (Docket No. 178, 12/28/2009), Chief United States Magistrate Judge Paul A. Zoss recommends that defendant Michael S. Golden's guilty plea be accepted. No objections to Judge

2

Zoss's Report and Recommendation were filed.    The Court,

therefore, undertakes the necessary review to accept defendant

Michael S. Golden's plea in this case.

## II.   ANALYSIS

### A.   Standard of Review

Pursuant to statue, this Court's standard of review for

a magistrate judge's Report and Recommendation is as follows:

> A judge of the court shall make a de novo
> determination  of  those  portions  of  the
> report or specified proposed findings or
> recommendations to which objection is made.
> A judge of the court may accept, reject, or
> modify, in whole or in part, the findings
> or recommendations made by the magistrate
> [judge].

28 U.S.C. § 636(b)(1).   Similarly, Federal Rule of Civil

Procedure 72(b) provides for review of a magistrate judge's

Report and Recommendation on dispositive motions and prisoner

petitions, where objections are made as follows:

> The district judge to whom the case is
> assigned shall make a de novo determination
> upon  the  record,  or  after  additional
> evidence, of any portion of the magistrate
> judge's disposition  to  which  specific
> written  objection  has  been  made  in
> accordance with this rule.   The district
> judge may accept, reject, or modify the
> recommendation decision, receive further
> evidence, or recommit the matter to the
> magistrate judge with instructions.

3

FED. R. CIV. P. 72(b).

In this case, no objections have been filed, and it appears to the Court upon review of Chief Magistrate Judge Zoss's findings and conclusions that there are no grounds to reject or modify them.

**IT IS THEREFORE HEREBY ORDERED** that this Court accepts Chief Magistrate Judge Zoss's Report and Recommendation (Docket No. 178), and accepts defendant Michael S. Golden's plea of guilty in this case to Count 1 of the Superseding Indictment filed on December 16, 2009, (Docket No. 136).

**IT IS SO ORDERED** this 11th day of February, 2010.

Donald E. O'Brien, Senior Judge
United States District Court
Northern District of Iowa

4